

# IN THE
# TENTH COURT OF APPEALS

No. 10-09-00133-CR

**BRANDI MICHELLE WIESE,**

Appellant

v.

**THE STATE OF TEXAS,**

Appellee

From the County Court
Navarro County, Texas
Trial Court No. 61980

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss her appeal. *See* TEX. R. APP. P. 42.2(a).

We have not issued a decision in this appeal. Appellant personally signed the motion.

Accordingly, the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis

Dismissed
Opinion delivered and filed September 9, 2009
Do not publish
[CR25]